# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00242-CR
NO. 03-09-00243-CR
NO. 03-09-00244-CR
NO. 03-09-00245-CR
NO. 03-09-00246-CR
NO. 03-09-00247-CR

**Derrick Wayne McDonald, Appellant**

**v.**

**State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 63163, 63164, 63165, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Derrick Wayne McDonald has filed a motion to dismiss his pro se appeals from the trial court's decisions related to his motion to dismiss the indictments, motion to suppress, motion for a speedy trial, objections to the indictments, and request for bond reduction. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: June 11, 2009

Do Not Publish